CHARLES H. SMITH, Respondent, *v.* JOSEPH RYAN, Appellant.

(Argued October 21, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made February 24, 1890, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Horace Graves* for appellant.

*James D. Bell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

JULIUS A. KOHN, Appellant, *v.* MALCOLM HENDERSON, Respondent.

(Argued October 23, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1890, which affirmed a judgment in favor of plaintiff entered upon a judgment directed by the court.

*Nathan Bijur* for appellant.

*Moore & Moore* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.